# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA COURTNEY, ) | |
| DEBBIE HEAD, ) | |
| JOIANNE JONES, ) | |
| TERESA SIMMONS, ) | |
| DEONA MAE SLABAUGH, ) | No. 1:15-cv-00643-TWP-MJD |
| ASHLEY RUCHELLE VALENTINE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ELI LILLY AND COMPANY An Indiana ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Lilly's Motion to Sever and Transfer Plaintiffs' Claims (Dkt. No. 14). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 12/14/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael X. Imbroscio
COVINGTON & BURLING LLP
mimbroscio@cov.com

Phyllis A. Jones
COVINGTON & BURLING LLP
pajones@cov.com

Mary Nold Larimore
ICE MILLER LLP
larimore@icemiller.com

Nancy Menard Riddle
ICE MILLER LLP
nancy.riddle@icemiller.com

Steven B. Stein
KNOX RICKSEN LLP
sbs@knoxricksen.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES - Zionsville
rschuckit@schuckitlaw.com