UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

| | |
|---|---|
| **CHRISTINA COURTNEY,** ) | |
| ) | |
| **Plaintiff,** ) | CAUSE NO. 1:15-cv-643-TWP-MJD |
| ) | |
| **ELI LILLY AND COMPANY, an Indiana** ) | |
| **corporation,** ) | |
| ) | |
| **Defendant.** ) | |

Accepted and entered as an amendment to the Case Management Order.
Dated: 03 MAR 2016

### PARTIES' AGREEMENT AS TO FORMAT IN WHICH ELECTRONICALY STORED INFORMATION WILL BE PRODUCED

The parties, by their respective counsel, pursuant to the Court's Minute Entry for February 8, 2016 Initial Pretrial Conference [Dkt. No. 49], submit the following Agreement as to the format in which electronically stored information (ESI) will be produced.

1. Counsel for the parties have met and conferred regarding the format in which ESI will be produced.

2. The parties agree that Lilly will produce its ESI in the same format it has used to produce ESI in other Cymbalta discontinuation cases and in which Lilly intends to produce its ESI in Cymbalta discontinuation cases pending in the United States District Court for the Southern District of Indiana.

3. Specifically, Lilly ESI will be produced in the following format:

Black-and-white, single-page, 300 dpi (minimum) Group IV TIFF images, with document level text files, a load file that references the images and text, and a .DAT file with delimiters that list the metadata fields below, as available at the time of collection and processing:

Begin Doc
End Doc
BegAttach
EndAttach
Author
CC
To
BCC
Binary File Extension
Binary File Name

Confidentiality
Custodian (for documents collected from an archive, the name of the archive will be listed)
Date
Subject
Text
NativeLink (as applicable)

4. A party may make a good faith request that a document be produced in a different format, and the parties will meet and confer regarding such a request.

5. In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may request that the document be returned. In the event that such a request is made, all parties to the litigation and their counsel shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document. The producing party shall promptly identify the returned document on a privilege log. The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.

WHEREFORE, the parties request that the Court approve the parties' Agreement as to Format in which Electronically Stored Information Will Be Produced.

Dated:  March 2, 2016.

Respectfully submitted,

KNOX RICKSEN LLP

*s/ Steven B. Stein (with consent)*
Steven B. Stein
sbs@knoxricksen.com
One Kaiser Plaza, Suite 1101
Oakland, CA 94612
Phone: (510) 285-2500
Fax: (510) 285-2505

SCHUCKIT & ASSOCIATES PC
Robert J. Schuckit
rschuckit@schuckitlaw.com
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400
Fax: (317) 363-2257

*Counsel for Plaintiffs*


ICE MILLER LLP

*s/ Nancy Menard Riddle*
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax:  317-592-4740
Email:  Nancy.Riddle@icemiller.com
Mary Nold Larimore, #9877-49
Phone:  317-236-2407
Fax:  317-592-4688
Email:  Larimore@icemiller.com
One American Square
Suite 2900
Indianapolis, IN  46282-0200

Michael X. Imbroscio
Email: mimbroscio@cov.com
Phone: (202) 662-5694
Fax: (202) 662-6291
Phyllis A. Jones
Email: pajones@cov.com
Phone: (202) 662-5868
Fax: (202) 778-5868
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956

*Counsel for Defendant Eli Lilly and Company*

3